# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARI STAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-1306-D |
| | ) |
| HOBBY LOBBY STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Cari Stapp, hereby stipulates with the Defendant, Hobby Lobby Stores, Inc., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

CROWE & DUNLEVY

s/ Adam W. Childers
Adam W. Childers, OBA # 18673
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700 (Telephone)
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

s/Jana B. Leonard
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
(*signed by Adam W. Childers with permission of Jana B. Leonard*)
LEONARD & ASSOCIATES, P.L.L.C.
8262 S. Walker
Oklahoma City, OK 73139
(405) 239-3800
(405) 239-3811 (Facsimile)

leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net

ATTORNEYS FOR PLAINTIFF

3031991.1